AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND and
GARY J. MEYERS

**SUMMONS IN A CIVIL CASE**

V.

UNITED METAL GLASS, INC.
a/k/a United Metal and Glass, Inc.
a/k/a United Metal & Glass, Inc.

CASE NU~~MBER~~

Case: 1:08-cv-01211
Assigned To : Collyer, Rosemary M.
Assign. Date : 7/14/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

UNITED METAL GLASS, INC.
 a/k/a United Metal and Glass, Inc.
 a/k/a United Metal & Glass, Inc.
9-17 Western Avenue
Jersey City, NJ 07307

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PHILIP A. LOZANO
JENNINGS SIGMOND, PC
THE PENN MUTUAL TOWERS, 16TH FLOOR
510 WALNUT STREET
PHILADELPHIA, PA  19106

an answer to the complaint which is served on you with this summons, within  twenty (20)  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JUL 1 4 2008

CLERK                                              DATE

Maureen Higgins
(By) DEPUTY CLERK

AO 440 (Rev. 04/08) Civil Summons (Page 2)

## Proof of Service

I declare under penalty of perjury that I served the summons and complaint in this case on ___08/08/2008___,
by:

(1) personally delivering a copy of each to the individual at this place, __United Metal Glass Inc, aka United Metal and Glass Inc aka United Metal & Glass Inc, 9-17 Western Ave, Jersey City NJ at 15:40 hrs__ ; or

(2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

(3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is __James Garner - Authorized agent__ ; or

(4) returning the summons unexecuted to the court clerk on _____ ; or

(5) other (specify) _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__.

Date:   __08/11/2008__

_[signature]_
Server's signature

**Manny Bayo**
Printed name and title

LEGAL ERRANDS INC
PO BOX 24866
PHILADELPHIA, PA 19130

Server's address