IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* ) ) ) Plaintiffs ) v. ) ) UNITED METAL GLASS, INC. ) ) Defendant ) | CIVIL ACTION NO. 08-01211 (RMC) |

### REQUEST TO CLERK TO ENTER
### DEFAULT PURSUANT TO FED. R. CIV. P. 55(a)

You will please enter a default on United Metal Glass, Inc., a/k/a United Metal and Glass, Inc., a/k/a United Metal & Glass, Inc. ("Company" or "Defendant") for failure to plead or otherwise defend as provided in Rule 55(a) of the Federal Rules of Civil Procedure as appears in the attached Declaration of Philip A. Lozano.

Respectfully submitted,

JENNINGS SIGMOND, P.C.

BY: /s/   Philip A. Lozano
PHILIP A. LOZANO
Bar No. 979737
The Penn Mutual Towers, 16th Floor
510 Walnut Street, Independence Square
Philadelphia, PA 19106-3683
(215) 351-0669
Attorney for Plaintiffs

Date: September 2, 2008

198842

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| INTERNATIONAL PAINTERS AND ALLIED TRADES INDUSTRY PENSION FUND, *et al.* | ) ) ) ) | |
| Plaintiffs | ) ) | CIVIL ACTION NO. |
| v. | ) ) | |
| UNITED METAL GLASS, INC. | ) ) ) | |
| Defendant | ) | 08-01211 (RMC) |

### DECLARATION OF PHILIP A. LOZANO, ESQUIRE FOR ENTRY OF DEFAULT

Philip A. Lozano, Esquire, declares and states as follows:

1. I am the attorney for the Plaintiff in the above-entitled action.

2. The Complaint and Summons in this action were served on United Metal Glass, Inc., a/k/a United Metal and Glass, Inc., a/k/a United Metal & Glass, Inc. ("Company" or "Defendant") on August 8, 2008, by Manny Bayo, Process Server, who served James Garner at 9-17 Western Avenue, Jersey City, NJ 07307. The Return of Service has been duly docketed with the Court.

3. The time in which Defendant may answer or otherwise move as to the Complaint has expired.

4. Defendant has not answered or otherwise moved and the time for Defendant to answer or otherwise move has not been extended by Order of the Court.

5. The Defendant is not an infant or an incompetent person and, as a company, is not in the military service.

198720-1

I declare under penalty of perjury in accordance with 28 U.S.C. §1746 that the foregoing is true and correct to the best of my knowledge, information and belief.

s/    Philip A. Lozano
PHILIP A. LOZANO, ESQUIRE

Date: September 2, 2008

198720-1

## CERTIFICATE OF SERVICE

I, PHILIP A. LOZANO, ESQUIRE, state, under penalty of perjury, that the foregoing Request to Clerk to Enter Default Pursuant to Fed. R. Civ. P. 55(a) was served by mailing same first class mail, postage prepaid, on the date listed below to:

UNITED METAL GLASS, INC.
9-17 Western Avenue
Jersey City, NJ 07307

s/   Philip A. Lozano
PHILIP A. LOZANO, ESQUIRE

Date: September 2, 2008

198842