Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

INTERNATIONAL PAINTERS AND ALLIED
TRADES INDUSTRY PENSION FUND, et al.

_____

　　　　Plaintiff(s)

　　v.

Civil Action No. 08-1211 (RMC)

UNITED METAL GLASS, INC.

_____

　　　　Defendant(s)

RE:　UNITED METAL GLASS, INC.
　　　a/k/a UNITED METAL AND GLASS, INC.
　　　a/k/a UNITED METAL & GLASS, INC.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on August 8, 2008, and an affidavit on behalf of the plaintiff having been filed, it is this 3rd day of September, 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
　　　　Deputy Clerk